JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DESIREE B. C., | ) | CASE NO. CV 20-6942 AGR |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) | |
| Defendant. | ) | |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that the decision of the Commissioner is reversed and remanded for further proceedings consistent with the Memorandum Opinion and Order.

DATED: February 28, 2022

ALICIA G. ROSENBERG
United States Magistrate Judge